**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSURANCE GUARANTEE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS E. PRICE, in his official capacity as Secretary of Health & Human Services; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; and CENTER FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | Case No.: 15-cv-1113 ODW (FFM)<br><br>**JUDGMENT** |

## JUDGMENT

Having reviewed and approved the parties' stipulation, it is **HEREBY ORDERED and ADJUDGED**:

1. The September 26, 2017 trial date is vacated.
2. Judgment is entered pursuant to the terms set forth in the following Orders of the Court:

    A. November 3, 2015 "Order Granting In Part And Denying In Part Defendants' Motion to Dismiss Amended Complaint," ECF No. 38.

    B. March 16, 2016 "Order Granting Defendants' Motion to Dismiss," ECF No. 50.

    C. January 5, 2017 "Order on Motion to Dismiss and Motion for Summary Judgment," ECF No. 94.

    D. May 3, 2017 "Order Re: Plaintiff's Entitlement to Relief," ECF No. 100.

3. The parties explicitly and unequivocally reserve their rights to appeal this judgment before the United States Court of Appeals for the Ninth Circuit.

Dated: August 9, 2017

                                                      HON. OTIS D. WRIGHT II
                                                      UNITED STATES DISTRICT JUDGE