**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSURANCE GUARANTEE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health & Human Services; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; and CENTER FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | CASE NO. 2:15-cv-1113 ODW (FFMx)<br><br>**JUDGMENT** |

# JUDGMENT

It is **HEREBY ORDERED and ADJUDGED:**

Judgment is entered in favor of Plaintiff California Insurance Guarantee Association for the reasons set forth in the Ninth Circuit Court of Appeal's October 10, 2019 opinion in Case Nos. 17-56526 and 17-56528, cited as *Cal. Ins. Guar. Ass'n v. Azar*, 940 F.3d 1061 (9th Cir. 2019). Accordingly, the Clerk of the Court shall close this case.

Dated: February 11, 2020

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE